**FILED**

UNITED STATES COURT OF APPEALS

JUN 14 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JACK JIMENEZ, individually and on behalf of other members of the general public similarly situated, | No. 12-80106 |
| | D.C. No. 2:10-cv-08486-JAK-FFM |
| Plaintiff - Respondent, | Central District of California, Los Angeles |
| v. | |
| ALLSTATE INSURANCE COMPANY, an Illinois corporation, | ORDER |
| Defendant - Petitioner. | |

Before: LEAVY and McKEOWN, Circuit Judges.

Respondent's motion to strike the petition for permission to appeal is denied. Petitioner is admonished, however, that all of petitioner's future filings with this court must be in strict compliance with the formatting requirements of the Federal Rules of Appellate Procedure and the Ninth Circuit Rules.

The court, in its discretion, grants the petition for permission to appeal the district court's April 18, 2012 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam). Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

jp/MOATT